THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY CAULDER AND SHERRY CAULDER,

    Plaintiff,

v.                                              Case No. 8:09-cv-00678-EAK-TBM

GC SERVICES, LP,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

JERRY CAULDER AND SHERRY CAULDER (Plaintiff), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: /s/ Matthew Kiverts
Matthew W. Kiverts SBN: 0013143
120 W. Madison St. 10th Floor
mkiverts@consumerlawcenter.com
312-578-9428

1